NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

LASERFACTURING, INC. AND THE TWENTYFIRST CENTURY CORPORATION (DOING BUSINESS AS TC ARTS & LASERFACTURES),
*Plaintiffs-Appellants,*

v.

DAIMLERCHRYSLER CORPORATION (NOW OLD CARCO LIQUIDATED TRUST),
*Defendant-Appellee.*

2009-1013

Appeal from the United States District Court for the Southern District of Texas in case no. 4:07-CV-00207, Judge Melinda Harmon.

## ORDER

Upon consideration of the notice of injunction submitted by the appellee, and the court having received no additional status reports from the parties,

IT IS ORDERED THAT:

(1) The appeal is dismissed without prejudice to reinstatement by the appellant, if appropriate, pursuant to

Fed. Cir. R. 47.10. Each side shall bear its own costs at this time.

(2) The clerk shall retain all copies of briefs and appendices at this time.

(3) The revised official caption is reflected above.

FOR THE COURT

JAN 13 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Edward W. Goldstein, Esq.
    Frank C. Cimino, Jr., Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2012

JAN HORBALY
CLERK